CHARLES M. GRAY MARBLE AND SLATE COMPANY, Respondent, v.

EARLINGTON REALTY CORPORATION, Appellant, Impleaded with JOSEPH G. SIEGEL and Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it appears from the affidavits used upon the motion that the trial of the issues will be a protracted one. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.; Clarke, P. J., dissenting.